[   ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | (1) | AMBER BENNETT | Case No. 19-22399 |
| | (2) | | |
| Debtor(s). | | | Chapter 13 |

# CHAPTER 13 PLAN

**ADDRESS:**    (1)    3770 BARRON CIRCLE SOUTH
MEMPHIS, TN  38111

**PLAN PAYMENT:**

DEBTOR (1) shall pay $ **$300.00 SEMI MONTHLY**

(   ) PAYROLL DEDUCTION from:                    **OR** (X) **DIRECT PAY**

DEBTOR (2) shall pay $

(   ) PAYROLL DEDUCTION from:                    **OR** (   ) **DIRECT PAY**

1.    **THIS PLAN [Rule 3015.1 Notice]:**

(A)    CONTAINS A NON-STANDARD PROVISION.  [See Plan Provision #19]        (   ) **YES** (X) **NO**

(B)    LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF        (X) **YES** (   ) **NO**
THE COLLATERAL FOR THE CLAIM.  [See Plan Provision #7 and #8]

(C)    AVOIDS A SECURITY INTEREST OR LIEN.  [See Plan Provision #12]        (   ) **YES** (X) **NO**

2.    **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3.    **AUTO INSURANCE:**  (   ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance
at Section 341 Meeting of Creditors.

4.    **DOMESTIC SUPPORT:**  Paid by: (   ) Debtor(s) directly, (   ) Wage Assignment, **OR** (   ) Trustee to**:**    <u>**Monthly Plan Payment**</u>

NONE                        Ongoing Payment Begins:            $
Approximate Arrearage:            $

5.    **PRIORITY CLAIMS:**

NONE                        Amount:                $

6.    **HOME MORTGAGE CLAIMS:**  (   ) Paid Directly by Debtor(s); **OR** (   ) Paid by Trustee to:

NONE                        Ongoing Payment Begins:            $
Approximate Arrearage:            $

7.    **SECURED CLAIMS:**

| [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)] | Value of Collateral: | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| TOYOTA MOTOR CREDIT (2016 Toyota Rav-4) | $17,150 | 5.25% | $330.00 |
| BRIDGECREST FINANCIAL (2005 Ford F-150) | (To Be Paid Outside of Plan by co-signor) | | $0.00 |

In Re AMBER BENNETT
Page # 2 of Plan

**8.      SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain Lien 11 U.S.C. Sec. 1325(a)]  Value of Collateral          Rate of Interest:                    **Monthly Plan Payment**

NONE                                                                                              $
                                                                                                          $

**9.      SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED;  STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

NONE                                          Collateral:
                                                       Collateral:

**10.    SPECIAL CLASS UNSECURED CLAIMS:**      Amount:              Rate of Interest:          **Monthly Plan Payment**

NAVIENT      (Under an I.D.R. Program)      $7,740                    0%                        $129.00

**11.    STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NAVIENT;  $55,000          (X) Not provided for (*Other than to the extent provided for above*)  **OR**  ( ) General unsecured creditor

**12.    THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13.    ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14.    ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**  $24,000

**15.    THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( X ) 10%,  **OR**

( )   THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16.    THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

EVELYN CURTIS                                          (X) Assumes  **OR**  ( ) Rejects.
                                                                  ( ) Assumes  **OR**  ( ) Rejects.

**17.    COMPLETION:**  Plan shall be completed upon payment of the above in approximately **60** months.

**18.    FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION  SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19.    NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20.    CERTIFICATION:  THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Brad George (TN #17994)                              **DATE:**  March 22, 2019
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311